

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          SOUTHERN DISTRICT OF CALIFORNIA

7
8   UNITED STATES OF AMERICA,        )   Criminal Case No. 08CR2243-DMS
                                     )
              Plaintiff,             )   I N F O R M A T I O N
9                                    )
       v.                            )   Title 8, U.S.C.,
10                                   )   Sec. 1324(a)(1)(A)(i) and (v)(II)
    JOSE ARMANDO GONZALEZ-SANTANO,   )   - Bringing in Illegal Aliens and
11                                   )   Aiding and Abetting
              Defendant.             )
12  _____)

13      The United States Attorney charges:

14      On or about June 20, 2008, within the Southern District of
15  California, defendant JOSE ARMANDO GONZALEZ-SANTANO, with the intent
16  to violate the immigration laws of the United States, did bring or
17  attempt to bring into the United States an alien, namely, Gilberto
18  Sanchez-Hernandez, knowing that said person was an alien, at a place
19  other than a designated port of entry and at a place other than as
20  designated by the Department of Homeland Security; in violation of
21  Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).
22      DATED: July 8, 2008.

23                                       KAREN P. HEWITT
                                         United States Attorney
24
25
                                         CARLA J. BRESSLER
26                                       Assistant U.S. Attorney
27
28
    CJB:rp:San Diego
    6/25/08